■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE EDWARD PHILLIPPSEN, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying defendant's petition for writ of error, *coram nobis*.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ PATRICIA DILL, an Infant, by ROBERT O. DILL, Her Guardian ad Litem, Respondent, v. RALPH F. MERNER, Appellant. ROBERT O. DILL, Respondent, v. RALPH F. MERNER, Appellant.— Order unanimously affirmed, with $10 costs and disbursements. (Appeal from order of Erie Special Term granting plaintiffs' motion to vacate their default and directing the County Clerk to delete the actions from the transcript of the Trial Term Docket of Abandoned Cases.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ REGINA E. FOLEY, an Infant, by PAUL L. FOLEY, Her Guardian ad Litem, et al., Respondents, v. GREYHOUND CORPORATION, Appellant.— Order unanimously affirmed, with $10 costs and disbursements. (Appeal from order of Erie Special Term granting motion by plaintiff to discover and inspect a certain mechanical speed recording device attached to defendant's bus involved in an accident with plaintiffs' automobile.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ VERA R. MANSON, Appellant, v. NORMAN C. MANSON, Respondent.— Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCES E. KELLY, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before March 28, 1960; and respondent's brief must be filed by April 14, 1960, if appeal is to be argued at May 1960 Term. See rule VIII of the rules of this court. Time for argument of appeal enlarged to include May 1960 Term on condition that records and briefs are so filed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES W. BURNS, Appellant.— Motion granted to prosecute appeal on original papers, five typewritten briefs, James Richards, Esq. assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include May 1960 Term of court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH M. BOATWRIGHT, Appellant.— Motion to dismiss appeal denied, such denial being limited to the grounds stated in the notice of motion. Motion to prosecute appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ In the Matter of LOUIS J. CASELLA, as Special Assistant Attorney-General.— Motion granted.